RICHARD M. ROBERTS, ESQ.
50 Park Place, Suite 1025
Newark, New Jersey 07102
(973) 621-0002
Attorney for Defendant- Alexander Alix

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, : | **Criminal No: 10-167(KSH)** |
| v. : |  |
| ALEXANDER ALIX, : |  |
| Defendant. : | **AMENDED ORDER OR OF RELEASE** |

This matter having come before the Court on the application of Alexander Alix, by Richard M. Roberts, Esq., and the United States of America by Robert Fraser, AUSA for the District of New Jersey, for an Order modifying the terms and conditions of Alexander Alix's release on bail in the above captioned matter, and for good and sufficient cause shown;

WHEREFORE, on this 28th day of April, 2010

IT IS ORDERED that the defendant Alexander Alix shall be permitted to reside at any address approved by Pretrial Services; and it is further;

ORDERED that the defendant Alexander Alix shall be allowed to work under terms and conditions approved by Pretrial Services; and it is further;

ORDERED that all other terms and conditions addressed in the previous Order of Release shall remain in full effect; and it is further;

ORDERED that a copy of this Order shall be filed electronically;

_____
HONORABLE KATHERINE S. HAYDEN, U.S.D.J.